```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

DAYNER HACKSHAW,

                Plaintiff,           24-cv-2013 (JGK)

      - against -              <u>ORDER</u>

JUSTWORKS, INC.,

                Defendant.

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by **May 31, 2024**.

SO ORDERED.

Dated:    New York, New York
          May 20, 2024

                                     /s/ John G. Koeltl
                                     John G. Koeltl
                              United States District Judge