UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAYNER HACKSHAW, on behalf of
herself and all other persons
similarly situated,

                        Plaintiff,

        - against -

JUSTWORKS, INC.,

                      Defendant.

24-cv-2013 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The plaintiff filed a motion to conditionally certify a Fair Labor Standards Act ("FLSA") collective action on September 17, 2024.

    The defendant is directed to respond by **October 2, 2024**. The plaintiff may reply by **October 10, 2024**.

SO ORDERED.

Dated:    New York, New York
          September 18, 2024

                                   John G. Koeltl
                     United States District Judge