

fisherphillips.com

New Jersey
430 Mountain Avenue
Suite 303
Murray Hill, NJ 07974

(908) 516-1050 Tel
(908) 516-1051 Fax

Writer's Direct Dial:
908 516-1025

Writer's E-mail:
acanning@fisherphillips.com

September 20, 2024

*VIA ECF*
Hon. John G. Koeltl, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *Dayner Hackshaw v. Justworks, Inc.*
      Civil Action No. 1:24-cv-02013 (JGK)

Dear Judge Koeltl:

> Time to respond to the motion for conditional certification extended to 10/25/24. Time to reply extended to 11/8/24.
> So Ordered.
> 9/23/24   JGKoeltl
>           U.S.D.J.

This firm represents Defendant Justworks, Inc. ("Justworks"). We submit this letter in accordance with Your Honor's Individual Rules to respectfully request a 30-day extension of Justworks' deadline to respond to Plaintiff's motion for conditional certification under the Fair Labor Standards Act, from the current deadline of October 2, 2024, to November 1, 2024. This is Justworks' first request for an extension, and we respectfully submit that it is the minimum necessary for Justworks to prepare an adequate response to Plaintiff's motion, particularly in light of the Court-ordered mediation scheduled for October 1, 2024.

Unfortunately, Plaintiff has refused to consent, agreeing only to a 10-day extension, for no substantive reason (a copy of Plaintiff's e-mail communicating his refusal is attached).

Your Honor's courtesies and consideration of our request are appreciated.

Respectfully submitted,

*/s/ Amy E. Canning*
Amy E. Canning, Esq.
David B. Lichtenberg
FISHER & PHILLIPS LLP
7 Times Square
New York, NY 10036
(908) 516-1056
*Attorneys for Defendants*

**Fisher & Phillips LLP**
Atlanta · Baltimore · Boston · Charlotte · Chicago · Cleveland · Columbia · Columbus · Dallas · Denver · Detroit · Fort Lauderdale · Gulfport · Houston
Irvine · Kansas City · Las Vegas · Los Angeles · Louisville · McLean · Memphis · Minneapolis · Nashville · New Jersey · New Orleans · New York · Orlando
Philadelphia · Phoenix · Pittsburgh · Portland · Sacramento · San Diego · San Francisco · Seattle · Tampa · Washington, DC · Woodland Hills

FP 49275472.1