UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAYNER HACKSHAW,

          Plaintiff,

- against -

JUSTWORKS, INC.,

          Defendant.

24-cv-2013 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties should submit any documents resolving the case by October 25, 2024.

SO ORDERED.

Dated:    New York, New York
          October 15, 2024

                                      /s/ John G. Koeltl
                                      John G. Koeltl
                                   United States District Judge