UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAYNER HACKSHAW, *on behalf of herself and all other persons similarly situated*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>JUSTWORKS, INC.,<br><br>　　　　　Defendant. | Civil Action No 1:24-cv-02013<br><br>**[PROPOSED] JUDGMENT IN FAVOR OF PLAINTIFF** |

**WHEREAS,** pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant Justworks, Inc. ("Defendant") having offered to allow Plaintiff Dayner Hackshaw ("Plaintiff") to take judgment against Defendant in the sum of $2,500 to resolve all of Plaintiff's claims in accordance with the terms and conditions of Defendant's Rule 68 Offer of Judgment dated October 4, 2024;

**WHEREAS,** on October 14, 2024, Plaintiff confirmed acceptance of Defendant's Rule 68 Offer of Judgment; and

**WHEREAS** there are no remaining claims in the Action;

**NOW THEREFORE,** this Court Orders the following judgment to be entered:

**IT IS ORDERED, ADJUSTED AND DECREED** that:

1.　　Plaintiff Dayner Hackshaw shall have and recover from Defendant the amount of $2,500 and that Plaintiff's claims under the Fair Labor Standards Act asserted in the Complaint are hereby dismissed with prejudice.

2.　　The Clerk of Court is respectfully directed to close this case

FP 52592749.1

**IT IS SO ORDERED**

Dated: _____          _____

FP 52592749.1