```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-------------------------------------

DAYNER HACKSHAW,                            24-cv-2013 (JGK)

       Plaintiff,                       <u>ORDER</u>

   - against -

JUSTWORKS, INC.,

       Defendant.

-------------------------------------

JOHN G. KOELTL, District Judge:

   The parties are directed to appear, by phone, for a conference in connection with the parties' request for the Court to enter judgment, on **Wednesday, October 23, 2024, at 3:30 p.m.**

   Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:   New York, New York
        October 18, 2024

                                          _____
                                              John G. Koeltl
                                     United States District Judge